No. 86–5244.   SHIFFLETT *v.* SULLIVAN, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 86–5246.   JANKOWSKI *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 86–5247.   BURTON *v.* SCROGGY, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 86–5248.   DACE *v.* SOUTH DAKOTA ET AL.   C. A. 8th Cir. Certiorari denied.

No. 86–5249.   BECKER *v.* RECORD WORLD.   C. A. 2d Cir. Certiorari denied.

No. 86–5250.   GARCIA *v.* MONDRAGON, WARDEN, ET AL. C. A. 10th Cir.   Certiorari denied.

No. 86–5251.   BARNES *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 86–5252.   JONES *v.* LOUISIANA.   Ct. App. La., 1st Cir. Certiorari denied.

No. 86–5253.   KNAUBERT *v.* GOLDSMITH, WARDEN, ET AL. C. A. 9th Cir.   Certiorari denied.

No. 86–5254.   HARMON *v.* OREGON.   Ct. App. Ore.   Certiorari denied.

No. 86–5258.   ISHIHARA *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–5259.   COLEMAN *v.* PERDUE, INC.   C. A. 3d Cir.   Certiorari denied.

No. 86–5260.   MOSIMAN *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–5262.   RICHARDSON *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 86–5263.   VIRGIL *v.* COLE ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86–5264.   SHOWS *v.* CARROLL.   C. A. 11th Cir.   Certiorari denied.